FILED

MAY 29 2025

DAVID CREWS, CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

WILSON JONES
EDWARD CHILDRESS

Criminal Action No.: 1:25CR 63
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2256(8)(C)
18 U.S.C. § 1466A(a)(1) and (d)(4)
18 U.S.C. §§ 3, 4

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

On or about November 19, 2024, in the Northern District of Mississippi, WILSON JONES, defendant, did knowingly possess any child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), which had been shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

COUNT TWO

On or about November 19, 2024, in the Northern District of Mississippi, WILSON JONES, defendant, did knowingly produce and receive a visual depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct, and did attempt to do so, and is obscene, and any visual depiction involved in the offense had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was

produced using materials that had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 1466A(a)(1) and (d)(4).

## COUNT THREE

On or about November 20, 2024 through on or about January 29, 2025, in the Northern District of Mississippi, EDWARD CHILDRESS, defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the possession of material constituting child pornography and the production of an obscene visual depiction of a minor engaging in sexually explicit conduct, did conceal the same by permitting WILSON JONES to resign his position as a teacher at the Corinth School District, and misrepresenting to the Corinth School Board the reason for WILSON JONES's resignation from his position as a teacher at the Corinth School District, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

A TRUE BILL

_____          /s/ Redacted Signature_____
CLAY JOYNER                       FOREPERSON
UNITED STATES ATTORNEY