IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 1:25CR063-GHD-DAS

WILSON JONES
EDWARD CHILDRESS

PRETRIAL PROTECTIVE ORDER

Upon motion of the United States of America and agreement by Defendants, pursuant to

the Federal Rules of Criminal Procedure 16(d) and Title 18, United States Code, Sections 3509(d)

and 3771(a)(1) and (8), it is hereby ORDERED:

1.      All of the materials provided by the United States in preparation for, or in

connection with,  any stage of the proceedings in this case (collectively, "the materials") are subject

to this protective order and may be used by the defendants and defendants' counsel (defined as

counsel of record in this case) solely in connection with the defense of this case, and for no other

purpose, and in connection with no other proceeding, without further order of this Court.

2.      The Defendants and employees of the defendants, including defendants' counsel

and persons hired by the defendants or defendants' counsel to provide assistance in the proceeding,

shall keep the materials in a secure place to which no person who does not have reason to know

their contents has access.

3.      The Defendants and defendants' counsel shall not disclose the materials or their

contents directly or indirectly to any person or entity other than persons employed to assist in the

defense, persons who are interviewed as potential witnesses, counsel for potential witnesses, and

other persons to whom the Court may authorize disclosure (collectively, "authorized persons"). Potential witnesses and their counsel may be shown copies of the materials as necessary to prepare the defense but may not retain copies without prior permission of the Court.

4.      The Defendants, defendants' counsel, and authorized persons shall not copy or reproduce the materials except in order to provide copies of the materials for use in connection with this case by the defendants, defendants' counsel, and authorized persons. Such copies and reproductions shall be treated in the same manner as the original materials.

5.      The Defendants, defendants' counsel, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original materials.

6.      Before providing materials to an authorized person, defense counsel must provide the authorized person with a copy of this Order.

7.      Upon conclusion of all stages of this case, all of the materials and all copies made thereof shall be destroyed or returned to the United States, unless otherwise ordered by the Court. The Court may require a certification as to the disposition of any such materials.

8.      All papers to be filed in court shall identify the alleged victims only by their first and last initial, and that alleged victims shall be referred to only by their first and last initial in any pre-trial proceeding.

9.      A violation of this order that results in a knowing or intentional violation of 18 U.S.C. § 3509 is a criminal contempt punishable by up to a year in prison and a fine, or both, pursuant to 18 U.S.C. § 403.

10.     Nothing contained in this Order shall preclude any party from applying to this Court

for further relief or for modification of any provision hereof.


SO ORDERED, this the 21st day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE