IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. : 1:25-cr-00063-GHD-DAS

WILSON JONES
EDWARD LEE CHILDRESS  DEFENDANTS

**DEFENDANT'S MOTION TO EXCLUDE**
**THE GOVERNMENT'S RULE 404(b) EVIDENCE**

Defendant, Edward Lee Childress ("Childress"), by and through counsel, files his Motion to Exclude the Government's Rule 404(b) Evidence. In support of his Motion, Defendant Childress incorporates and fully relies upon the Memorandum of Authorities being filed contemporaneously herewith and the following exhibits:

| | |
|---|---|
| **Exhibit A** | October 10, 2025 Letter from P. King to M. Jicka |
| **Exhibit B** | Corinth School District Infraction Report to the Mississippi Department of Education |
| **Exhibit C** | February 3–25, 2025 email chain between the Corinth School District Board Attorney and Mississippi Attorney General's Office |
| **Exhibit D** | February 26, 2025 email from MDE to Corinth Police Department |
| **Exhibit E** | Excerpt from Video Interview of Teacher 3 |

For the reasons stated in the Memorandum of Authorities, Defendant Childress respectfully requests that the Court exclude the government's proposed 404(b) evidence from the trial of this matter.

Respectfully submitted, this 27th day of October, 2025.

EDWARD LEE CHILDRESS, *defendant*

By:  *s/ J. Scott Gilbert*
J. SCOTT GILBERT

1

OF COUNSEL:

Mark D. Jicka (MSB No. 8969)
J. Scott Gilbert (MSB No. 102123)
Sidney E. Lampton (MSB No. 105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone: 601-965-1900
Facsimile: 601-965-1901
mjicka@watkinseager.com
sgilbert@watkinseager.com
slampton@watkinseager.com