

**U.S. Department of Justice**
*United States Attorney*
*Northern District of Mississippi*

*The Ethridge Building*
*900 Jefferson Avenue*                                    *662/234-3351*
*Oxford, Mississippi 38655-3626*                          *FAX 662/234-3318*

October 10, 2025

Mark D. Jicka
J. Scott Gilbert
Sidney Lampton
Watkins & Eager
Post Office Box 650
Jackson, Mississippi 39205

Re:     ***United States of America v. Edward Childress***
        **Criminal No. 1:25cr063-GHD**

Dear Mr. Jicka, Mr. Gilbert and Ms. Lampton:

Please accept this letter as notice of the United States's intent to offer 404(b) evidence at the trial of this matter in November. The United States intends to offer testimony and evidence of how other matters involving Corinth School District teachers and students were handled to show intent, plan, absence of mistake and lack of accident on the part of Dr. Childress in the handling of the Wilson Jones matter.

The evidence is contained in an updated USAfx Box entitled "Discovery 4."

Please let me know if you have any questions.

Sincerely,

CLAY JOYNER
United States Attorney

By:     /s/ *Parker S. King*
        PARKER S. KING
        MS Bar No. 102499
        Assistant United States Attorney
        900 Jefferson Avenue
        Oxford, Mississippi 38655
        parker.king@usdoj.gov



1