

**MECCA Licensure**



WJ

Wilson Jones (316270)



EXHIBIT "B"

## Complaint Details (No. C24595)

### DEMOGRAPHIC INFORMATION

| | | |
|---|---|---|
| Educator ID | 316270 | Social Security Number |
| Name | Wilson Jones | Date of Birth — REDACTED |
| Email (Primary) | w.f.jones8@outlook.com | Phone Numbers |
| Email (Secondary) | wfjonesedu13@gmail.com | |
| Ethnicity | Not Hispanic or Latino | |

### COMPLAINEE INFORMATION  Converted to Case

**District**
CORINTH SCHOOL DIST

**School**
CORINTH MIDDLE SCHOOL

**Role**
Superintendent

**Incident Date**
11 / 19 / 0004

**Local Discipline ***
Resigned

**Allegation Summary ***

Teacher engaged in immoral conduct by requesting that artificial intelligence programs manipulate photographs obtained from social media to make it appear students were performing actions that are not appropriate in a classroom environment or school setting. These created videos would be disparaging and embarrassing to students as they showed students kissing and raising garments to reveal private areas. Teacher also had student school and personal emails, log-ins and passwords on his school-issued computer.

**Local Discipline Description**

The District issued a letter of termination to the teacher. The teacher submitted a letter of resignation.

Has this been reported to another agency?  Yes  No

### INVESTIGATION INFORMATION

© 2025 Mississippi Department of Education
All rights reserved.

Technical Support
(601) 359-3483

Production
LN1MDLWK0007B3
RANDA.LICENSURE

092
CHILDRESS-079
3:03 PM

| Description | Closed Notes |
|---|---|
| B I U S π ∂ ≔ ≣ A <> | B I U S π ∂ ≔ ≣ A <> |
| brief description of the investigation | investigation closing notes |

## DOCUMENTS

### Documents

| DATE RECEIVED | NAME | APPLICATION | DESCRIPTION | TYPE | CREATED BY | CREATED ON | CONFIDENTIAL LEVEL | |
|---|---|---|---|---|---|---|---|---|
| 1/29/2025 | Screenshot 2024-10-31 at 2.18.54 PM.png | | Screen shot of email with password. One of approximately 30 downloaded on school device | Other Supporting Document | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | Screenshot 2024-11-12 at 12.59.18 PM.png | | Sample of student email address with password | Other Supporting Document | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | pixverse_2Fmp4_2Fmedia_2Fweb_2Fd4147484-6243-48ee-a8c7-b3fe32f459cd_seed2048557342.mp4 | | AI Created Reel | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | pixverse_2Fmp4_2Fmedia_2Fweb_2F7ba3f6de-da7f-49b8-a699-3b2f0c53d46a_seed528002389.mp4 | | AI Created Reel | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | 315370850181488646.mp4 | | AI Created Reel | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | 315358798960439300.mp4 | | AI creted Reel | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | 315353961350864898.mp4 | | AI Created Reel | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | IMG_5755.jpg | | Image downloaded from instagram to use in AI Creation | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | IMG_5757.jpg | | Image downloaded from instagram to use in AI Creation | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | IMG_5759.jpg | | Image downloaded from instagram to use in AI Creation | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | IMG_5762.jpg | | Image downloaded from instagram to use in AI Creation | Multimedia | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | ScoBW24112211452-1.pdf | | Appendix C | Appendix C | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |
| 1/29/2025 | ScoBW24112211451.pdf | | Statement of Alex Bondurant, Asst. Principal at CMS | Investigative Report | EDWARD CHILDRESS | 1/29/2025 | Low | ✎ 🗑 |

| mm/dd/yyyy | Browse... No file selected. | Attachment Description | Attachment Type Agreed Order | Confidentiality Low | ⬆ Upload |

CHILDRESS-080

| DATE RECEIVED | NAME | APPLICATION | DESCRIPTION | TYPE | CREATED BY | CREATED ON | CONFIDENTIAL LEVEL | |
|---|---|---|---|---|---|---|---|---|
| 1/29/2025 | ScoBW24112211450.pdf | | Statement of Chris Killough, Principal at CMS | Investigative Report | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211441.pdf | | Bark Alert | Investigative Report | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211440.pdf | | Screenshots of Hailuo AI Program | Investigative Report | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211432.pdf | | Email addresses of students | Investigative Report | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211431.pdf | | John Frame Statement | Investigative Report | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211430.pdf | | Wilson Jones Termination Letter | Disciplinary Letter | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211421.pdf | | Wilson Jones Resignation Letter | Resignation | EDWARD CHILDRESS | 1/29/2025 | Low | |
| 1/29/2025 | ScoBW24112211420.pdf | | Wilson Jones Statement | Other Supporting Document | EDWARD CHILDRESS | 1/29/2025 | Low | |
| mm/dd/yyyy | Browse... No file selected. | | Attachment Description | Attachment Type Agreed Order | | | Confidentiality Low | Upload |

## SIGNATURE

**Signature Date**

I, the undersigned Superintendent for the above identified school district, hereby affirm the allegations contained herein and any attachments hereto and agree that any electronic signature constitutes the legal equivalent of the undersigned's manual signature for purposes of authenticating the signature to any filing with the MDE.

**PIN:** [ ] Sign   Forgot your PIN?

← Cancel, Back to List                                             Save

094
CHILDRESS-0813
:03 PM