| | |
|---|---|
| From: | Scott DeJong |
| To: | heather.russell@leo.gov |
| Cc: | Jonathan Dennis; Brian McGairty |
| Subject: | Complaint from Corinth School District |
| Date: | Wednesday, February 26, 2025 3:22:31 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Good afternoon, Detective Russell.

Please be advised that my office has received a complaint against licensed educator Wilson Jones, employed with the Corinth School District. This complaint was filed by Superintendent Edward Childress on January 29, 2025, and is in reference to a violation of MS Educator Code of Ethics relative to educator/student relationships. A summary of the investigation as reported is as follows: *"Teacher engaged in immoral conduct by requesting that artificial intelligence programs manipulate photographs obtained from social media to make it appear students were performing actions that are not appropriate in a classroom setting. These created videos would be disparaging and embarrassing to students as they showed students kissing and raising their garments to reveal private areas. Teacher also had student school and personal emails, log-ins and passwords on his school issued computer."*

After review of the complaint with my office legal counsel, it was determined that this information should be forwarded to the law-enforcement agency with jurisdiction as this may be an offense relative to Miss. Code Ann. Section 97-5-33 as defined by Miss. Code Ann. Section 97-5-31 as amended July 1, 2024. Dr. Childress has been made aware that this information would be forwarded to your office and has additional information as needed. Also, please feel free to contact my office if you have any questions or need additional information.

Respectfully,

SCOTT DEJONG, Director
Office of Educator Misconduct
Office of Teaching and Leading
601-359-3902 | mdek12.org





EXHIBIT "D"