# EXHIBIT E

[Place Holder]