IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. : 1:25-cr-00063-GHD-DAS

WILSON JONES
EDWARD LEE CHILDRESS  DEFENDANTS

<u>NOTICE OF CONVENTIONAL FILING</u>

Defendant Edward Lee Childress filed his *Motion to Exclude Government's Rule 404(b) Evidence* [ECF No. 39], which includes a video file attached Exhibit "E" thereto [ECF No. 39-5]. The Clerk's electronic filing system does not allow parties to upload video exhibits. As such, Defendant has filed a place holder for Exhibit "E" to his *Motion to Exclude Government's Rule 404(b) Evidence* and is conventionally filing the video with the Court.

This the 27th day of October, 2025.

    EDWARD LEE CHILDRESS

By:  *s/J. Scott Gilbert*
       J. SCOTT GILBERT

OF COUNSEL:

Mark D. Jicka (MSB No. 8969)
J. Scott Gilbert (MSB No. 102123)
Sidney E. Lampton (MSB No. 105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone:  601-965-1900
Facsimile:   601-965-1901
mjicka@watkinseager.com
sgilbert@watkinseager.com
slampton@watkinseager.com