**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL ACTION NO. : 1:25-cr-00063-GHD-DAS**

**WILSON JONES
EDWARD LEE CHILDRESS** **DEFENDANTS**

## DEFENDANT'S MOTION TO SEVER

Defendant Edward Lee Childress ("Childress"), by and through counsel, files his Motion to Sever pursuant to Rule 14 of the Criminal Rules of Procedure. Childress respectfully requests that the Court sever his trial from the trial of his co-Defendant, Wilson Jones because a joint trial will be substantially and improperly prejudicial. In support of his Motion, Childress incorporates and fully relies upon the Memorandum of Authorities being filed contemporaneously herewith. For the reasons stated in the Memorandum of Authorities, Defendant Childress respectfully requests that the Court separate his trial from the trial of his co-Defendant Wilson Jones.

Respectfully submitted, this 27th day of October, 2025.

EDWARD LEE CHILDRESS

By: _s/ Sidney E. Lampton_
SIDNEY E. LAMPTON

OF COUNSEL:

Mark D. Jicka (MSB No. 8969)
J. Scott Gilbert (MSB No. 102123)
Sidney E. Lampton (MSB No. 105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone: 601-965-1900
Facsimile: 601-965-1901
mjicka@watkinseager.com
sgilbert@watkinseager.com
slampton@watkinseager.com