UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF HEARING

UNITED STATES OF AMERICA

V.     CASE NUMBER: **1:25CR063-GHD**

WILSON JONES     DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**

**UNITED STATES DISTRICT COURT
301 WEST COMMERCE STREET
ABERDEEN, MISSISSIPPI**

**Room No.**

**COURTROOM 2 – THIRD FLOOR**

**Date and Time**

**MONDAY, NOVEMBER 10, 2025 – 10:30 A.M.**

**Type of Proceeding**

**CHANGE OF PLEA HEARING AS TO COUNT ONE OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT SENIOR JUDGE GLEN H. DAVIDSON.**

**A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS. COUNSEL FOR DEFENDANT MAY ATTEND.**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S)
AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

BY: /s/ Terrie L. Reed
       Courtroom Deputy

Date: October 30, 2025

To: Parker S. King, IV (electronic notice only)    U.S. Probation Service (electronic notice only)
     Michael Scott Davis (electronic notice only)    U.S. Marshal Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-6486 or judge_davidson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.