IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  Criminal No. 1:25-cr-00063-GHD-DAS

WILSON JONES
EDWARD LEE CHILDRESS  DEFENDANTS

### ORDER GRANTING DEFENDANT'S MOTION TO FILE MOTION AND EXHIBITS UNDER SEAL

Presently before the Court is the Defendant Edward Childress' motion [48] to file an exhibit (Exhibit E – Doc. 39-5) to the Defendant Childress' Motion to Exclude Rule 404(b) Evidence [39] under seal. Given the sensitive nature of the exhibit, the Court finds the exhibit should be sealed from public access, with access limited to defense and government counsel, and Court personnel, pursuant to Uniform Local Criminal Rule 49.1 and Uniform Local Civil Rule 79(e)(3)(B)(2).

THEREFORE, it is hereby ORDERED that the Defendant's motion to file under seal [48] is GRANTED, with access to the subject exhibit (Doc. 39-5, Exhibit E to Doc. 39) limited to defense and government counsel, and Court personnel.

SO ORDERED, this the 3rd day of November, 2025.

_____
SENIOR U.S. DISTRICT JUDGE