UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF HEARING

UNITED STATES OF AMERICA

V.   CASE NUMBER: **1:25CR063-GHD**

WILSON JONES   DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**

**UNITED STATES DISTRICT COURT**
**301 WEST COMMERCE STREET**
**ABERDEEN, MISSISSIPPI**

**Room No.**

**COURTROOM 2 – THIRD FLOOR**

**Date and Time**

**FRIDAY, NOVEMBER 14, 2025 – 11:00 A.M.**

**Type of Proceeding**

**CHANGE OF PLEA HEARING AS TO COUNT ONE OF THE INDICTMENT BEFORE UNITED STATES DISTRICT SENIOR JUDGE GLEN H. DAVIDSON.**

**A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING THE PLEA PROCEEDINGS. COUNSEL FOR DEFENDANT MAY ATTEND.**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

BY: /s/   Terrie L. Reed
         Courtroom Deputy

Date: November 4, 2025

To: Parker S. King (electronic notice only)   U.S. Probation Service (electronic notice only)
    Michael Scott Davis (electronic notice only)   U.S. Marshal Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-6486 or judge_davidson@msnd.uscourts.gov IF YOU HAVE ANY QUESTIONS**.