IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 1:25CR063-GHD

EDWARD CHILDRESS  DEFENDANT

MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES

COMES NOW the United States of America, by and through the United States Attorney, and moves the Court for a continuance of the above-styled and numbered cause pursuant to Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), and in support thereof would show as follows:

1. This matter is currently set for trial on Monday, November 17, 2025, before the Honorable Glen H. Davidson, United States District Senior Judge for the Northern District of Mississippi.

2. The Indictment charges Edward Childress with one violation of law based on the misprision of a felony. This charge requires the testimony of case agent, Federal Bureau of Investigation Task Force Officer Bo Swindle. Detective Swindle is essential to obtaining a conviction of this defendant on the count charged. *United States v. Ortiz*, 687 F.3d 660, 664 (5th Cir. 2012).

3. Detective Swindle is also the case agent for another federal case scheduled for trial on November 17, 2025, in front of the Honorable Debra M. Brown, in Greenville, Mississippi. That case, *United States v. Terry Macon*, 1:24cr134-DMB, was filed on October 23, 2024. The trial of Terry Macon has been continued six times and was finally set for November 17 by Judge Brown. The plea deadline has expired, and both parties are preparing for trial. Macon is charged with three counts of transportation of a minor with the intent to engage in illicit sexual activity. Detective Swindle is a necessary witness for the trial of Terry Macon, who has been detained since

1

his arrest on November 18, 2024.

4. While the trial date of this matter was set before the Macon matter, because the Macon case is older and that defendant is detained, the Government submits that the ends of justice would be better served by completing the trial against Terry Macon first.

5. Therefore, a material and essential witness for the Government's case in chief against the defendant is not available on the trial date scheduled for Edward Childress's trial. The United States has not intentionally caused the delay in order to obtain a strategic advantage. Further, the defendant will not be prejudiced by the delay. Denying a continuance would result in a miscarriage of justice. *See United States v. McNealy*, 3:07cr138, 2008 WL 5111059, *3 (S.D. Miss. Dec. 3, 2008).

6. The United States requests a continuance of the trial date in order to secure the presence of an essential and material witness.

7. The defense has no objection to the continuance requested.

8. Pursuant to Title 18, United States Code, Section 3161(h)(3)(A), the period of delay resulting from the absence or unavailability of an essential witness shall be excluded in computing the time within which a trial of this offense must commence. Further, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice would be greater served by continuing the trial date of this matter, and those ends outweigh the public and the defendant's right to a speedy trial.

9. This motion is filed, not for the purpose of delay, but so that justice may be done.

10. If the motion is granted, the parties respectfully ask to submit available dates to the court for the final resetting of this trial date.

Respectfully submitted, this, the 4th day of November, 2025.

    CLAY JOYNER
    United States Attorney
    Mississippi Bar No. 10316

    */s/Parker S. King*
    PARKER S. KING
    Assistant United States Attorney
    Mississippi Bar No. 102499
    900 Jefferson Avenue
    Oxford, MS  38655
    parker.king@usdoj.gov
    662.234.3351

## CERTIFICATE OF SERVICE

I, Parker S. King, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **Motion to Continue Trial and Pre-Trial Deadlines** with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

This the 4th day of November, 2025.

      /s/ Parker S. King
      PARKER S. KING
      Assistant United States Attorney