IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                  Criminal No. 1:25-cr-00063-GHD-DAS

WILSON JONES
EDWARD LEE CHILDRESS                  DEFENDANTS

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Presently before the Court is the Government's motion for continuance [Doc. No. 51] of the trial presently set for November 17, 2025, given the unavailability of a material and essential Government witness. The defense does not oppose the motion. Upon due consideration, the Court finds that the Government's motion is well taken and that the ends of justice will be served by granting the subject continuance. Accordingly, the presently scheduled trial date of November 17, 2025, as to all Defendants shall be continued until January 12, 2026.

THEREFORE, the Court hereby ORDERS that the Government's motion for continuance of trial [51] is GRANTED and that the trial date of this cause as to all Defendants is CONTINUED; trial of this cause shall commence on Monday, January 12, 2026, at 9:30 a.m. in the United States Federal Courthouse in Aberdeen, Mississippi. The Court shall issue a forthcoming Notice formally resetting the trial date.

The Court FURTHER ORDERS that the delay from this date until commencement of trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and 3161(h)(7)(A). The Court finds that an essential witness is unavailable and the ends of justice are served by such continuance and outweigh the best interests of the public and the Defendants in a speedy trial. In reaching this conclusion, the Court has considered, among other factors, whether the failure to continue the trial date would be likely to make the

commencement of the trial impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Accordingly, a continuance of the trial date in this matter serves the ends of justice, and the corresponding time is thereby excluded under the Speedy Trial Act. The time is also excludable as to all Defendants pursuant to 18 U.S.C. § 3161(h)(6) because the period of delay is reasonable and no motion for severance has been filed or granted.

The scheduling of any further additional pretrial matters is hereby referred to the Magistrate Judge assigned to this cause.

SO ORDERED, this, the 5th day of November 2025.

_____
SENIOR U.S. DISTRICT JUDGE