Criminal Notice (N.D.Miss.1990)

# *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

**UNITED STATES OF AMERICA**

V                      CASE NO. 1**:25-CR 0063-GHD-DAS**

**WILSON JONES**
**EDWARD CHILDRESS**

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**
UNITED STATES FEDERAL BLDG.
301 West Commerce Street
Aberdeen, Mississippi

**Room No.**
COURTROOM NO. 2 – THIRD FLOOR
**D**ate and Time
MONDAY, JANUARY 12, 2026, 9:30 A.M.

**Type of Proceeding**

**MVD/JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON**

**If jury list is desired, please use form on our public website:**
**http://www.msnd.uscourts.gov/forms.htm**

*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.

DAVID CREWS, Clerk of Court

BY: /s/ *Terrie L. Reed*
       Courtroom Deputy

Date: November 5, 2025
Electronic Notice To:
    Parker S. King, AUSA                    Mark D. Jicka
    Michael Scott Davis, FPD             U. S. Marshal
    Jason Scott Gilbert                      U.S. Probation Service

**CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS.**
Judge_davidson@msnd.uscourts.gov
662.369.6486