IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. : 1:25-cr-00063-GHD-DAS

WILSON JONES
EDWARD LEE CHILDRESS  DEFENDANTS

## UNOPPOSED MOTION FOR CONTINUANCE

Defendant Edward Lee Childress, by and through counsel, respectfully moves this court to continue the trial of this matter scheduled for January 12, 2026, on the Court's criminal calendar. In doing so, Defendant Childress waives his right to a Speedy Trial under 18 U.S.C. § 316. In support of his Motion to Continue, Defendant Childress would show:

1. The defendant, Edward Lee Childress, is charged in a three-count indictment under Count Three in violation of Title 18, United State Code, Section 4 (misprision of felon)

2. The trial of this matter is on the Court's criminal calendar for January 12, 2026, at 9:00 a.m.

3. Counsel for Defendant Childress has a trial scheduled in the United States District Court for the Southern District of Mississippi, in Jackson before Judge Reeves beginning on January 6, 2026. This case is a 2018 case that has been set for trial for several months and is expected to last for three (3) weeks.

4. This motion is being filed in good faith, to further the interests of justice, and with no intent to unduly delay these proceedings.

1

5. The Defendant, after being fully advised of his rights pursuant to the Speedy Trial Act, agrees that the intervening time between this motion and a new trial date are excludable under the Speedy Trial Act and will waive any claim to the contrary to accommodate additional time.

6. The undersigned has conferred with the Government and there is no objection to the request for a continuance.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted, this the 6th day of November, 2025.

EDWARD LEE CHILDRESS, *defendant*

By: *s/ J. Scott Gilbert*
J. SCOTT GILBERT

OF COUNSEL:

Mark D. Jicka (MSB No. 8969)
J. Scott Gilbert (MSB No. 102123)
Sidney E. Lampton (MSB No. 105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone:  601-965-1900
Facsimile:   601-965-1901
mjicka@watkinseager.com
sgilbert@watkinseager.com
slampton@watkinseager.com