IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                    Criminal Action No.: 1:25CR063-GHD

WILSON JONES

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant, WILSON JONES, has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1.     GUILTY PLEA:  The defendant agrees to plead guilty under oath to Count One of the Indictment which charges that on or about November 19, 2024, in the Northern District of Mississippi, WILSON JONES, defendant, did knowingly possess any child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), which had been shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), which carries maximum possible penalties of not more than 10 years incarceration, not less than 5 years and not more than life supervised release, not more than a $250,000 fine, an additional assessment of $5,000, a $17,000 possession assessment, restitution as appropriate to the victim(s), and a mandatory special assessment of $100.

2.    REGISTRATION REQUIREMENT: As a result of the conviction on this Count, the defendant is required to register as a sex offender and keep the registration current in each jurisdiction where the defendant resides, where the defendant is an employee, and where the defendant is a student pursuant to the Sex Offender Registration and Notification Act. A sex offender who knowingly fails to register or update a required registration may be subject to prosecution under Title 18, United States Code, Section 2250 and face a penalty of up to ten years imprisonment.

3.    OTHER CHARGES:  The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and will dismiss Count Two after sentencing.

4.    RESTITUTION:  Pursuant to Title 18, United States Code, Sections 3663(a)(3), 3663A(a) and (b), 3664, 2248, and 2259, the defendant agrees to make full restitution to all minor victims of his offenses. The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

5.    OTHER AUTHORITIES:  This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws.  Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

6.    VIOLATIONS OF THIS AGREEMENT:  If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal

2

Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

7.    ACKNOWLEDGMENTS:   Apart from being advised of the applicability of the U.S. Sentencing Guidelines, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty.   This agreement fully reflects all promises agreements, and understandings between the defendant and the United States Attorney.   The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion.

The defendant is pleading guilty because defendant is in fact guilty.

This the __30__ day of __October_____, 2025.

CLAY JOYNER
United States Attorney
Mississippi Bar No. 10316

AGREED AND CONSENTED TO:

WILSON JONES
Defendant

APPROVED:

M. SCOTT DAVIS
Attorney for Defendant
Mississippi Bar No. 103225

3