Notice (N.D.Miss.1990)

# *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

V.  CASE NO. 1:25CR063-GHD

WILSON JONES  DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been SET for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>301 WEST COMMERCE<br>ABERDEEN, MISSISSIPPI | COURTROOM NO. 2 – THIRD FLOOR<br>**Date and Time**<br>MONDAY, MARCH 2, 2026, 11:00 A.M. |

Type of Proceeding

**SENTENCING AS TO COUNT 1
BEFORE SENIOR JUDGE GLEN H. DAVIDSON**

*****ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

By:     /s/ Terrie L. Reed
         Courtroom Deputy

Date:   November 17, 2025

Electronic notice(s) only to:

To:   Parker S. King, AUSA              U. S. Probation Service
      Michael Scott Davis               U. S. Marshal

CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS
Judge_davidson@msnd.uscourts.gov
662.369.6486