IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                    CRIMINAL ACTION NO.: 1:25CR063-GHD

EDWARD CHILDRESS

JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES

The Government filed a Motion to Exclude the Testimony Based on Advice of Counsel on October 27, 2025. The defense responded on November 7, 2025. Accordingly, the government's reply was due November 14, 2025. No reply was filed on November 14, 2025. The undersigned mistakenly calculated the due date as November 17 and missed the actual deadline.

The Government submits that a reply to that motion would be beneficial to the Court's consideration. The deadline was missed erroneously and not intentionally. Thus, the Government would seek to extend the deadline until November 24, 2025. The defense has no objection to this extension.

The defense filed a Motion to Exclude 404(b) Evidence [39], Motion in Limine to Exclude Evidence of Wilson Jones's Employment with CPS [44], and a Motion to Sever [42] on October 27, 2025. The Government responded on November 10, 2025, which would require a reply be filed by November 17. The defense has requested additional time, until November 24, 2025, to file their replies to the indicated motions. The Government has no objection.

Accordingly, the parties request extensions of time for the replies of each pending motion to be due on November 24, 2025. This request does not prejudice either party and is not sought to delay justice, but for completeness of the record.

Respectfully submitted,

SCOTT F. LEARY
United States Attorney

_/s/ Parker S. King_
Parker S. King
Assistant United States Attorney
Miss. Bar No. 102499
900 Jefferson Avenue
Oxford, Mississippi 38655
Telephone: (662) 234-3351
parker.king@usdoj.gov

CERTIFICATE OF SERVICE

    I, Parker S. King, attorney for the Government, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which provided notification to all parties of record.

    This the 17th day of November, 2025.

    /s/ Parker S. King\
    PARKER S. KING\
    Assistant United States Attorney