IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  Criminal No. 1:25-cr-00063-GHD-DAS

WILSON JONES
EDWARD LEE CHILDRESS  DEFENDANTS

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Presently before the Court is the parties' Joint Motion [65] for additional time to file reply briefs in support of four motions, one filed by the Government [38] and three filed by the Defendant Edward Childress [39, 42, 44]. Upon due consideration, the Court finds that the joint motion for an extension of time should be granted. Each party is granted until November 24, 2025, to file any reply in support of the subject motions.

IT IS THEREFORE hereby ORDERED that the parties' Joint Motion for Extension of Time [65] to file reply briefs is GRANTED. The parties are granted until November 24, 2025, to file any reply in support of the subject motions [38, 39, 42, 44].

SO ORDERED, this, the 24th day of November 2025.

_____
SENIOR U.S. DISTRICT JUDGE