IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                     CAUSE NO. 1:25CR0063-GHD-DAS

WILSON JONES

## JOINT MOTION TO CONTINUE

Defendant, Wilson Jones, by and through counsel, and joined by the United States, respectfully moves the Court for an Order continuing the sentencing hearing currently scheduled in the above-styled cause, and in support thereof would show unto the Court the following:

1. The sentencing hearing in this cause is currently scheduled for May 11, 2026, at 2:30 p.m. in Aberdeen, Mississippi [Doc. 71].

2. Mr. Jones requests a continuance of the presently scheduled hearing in order to prepare and compile mitigation materials and adequately prepare for the sentencing hearing.

3. Counsel for the Government, presently conducting the trial of Mr. Jones' co-defendant, has been contacted and stated agreement with the continuance request.

4. This request is made in good faith and not for purposes of delay, and a brief continuance will not prejudice the Government or Mr. Jones.

## REQUESTED RELIEF

Based on the grounds set forth above, Defendant Wilson Jones, joined by the United States, respectfully requests an Order continuing the sentencing hearing scheduled in this cause.

−1−

Respectfully submitted,

WILSON JONES

/s/ M. Scott Davis
M. SCOTT DAVIS, MSB No. 103225
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
Telephone:   (662) 236-2889
Fax: (662) 234-0428
scott_davis@fd.org

CERTIFICATE OF SERVICE

I, M. Scott Davis, attorney for the Defendant, Wilson Jones, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

Dated this the 29th day of April, 2026.

/s/ M. Scott Davis
M. SCOTT DAVIS
Assistant Federal Public Defender

–2–